March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Kermit Irizarry          ,
                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21  Mag 623 (__) (__)

Defendant __Kermit Irizarry_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

| /s/ Kermit Irizarry by Martin Cohen | /s/ Martin Cohen |
|---|---|
| Defendant's Signature (Judge may obtain verbal consent on Record and Sign for Defendant) | Defense Counsel's Signature |
| Kermit Irizarry | Martin Cohen |
| Print Defendant's Name | Print Defense Counsel's Name |

This proceeding was conducted by reliable videoconferencing technology.

1/19/2021                                      /s/ Stewart D. Aaron
Date                                             U.S. Magistrate Judge